In the Matter of the Application for the Removal of AARON J. LEVY, Appellant, from the Office of Justice of the Municipal Court of the City of New York.

BENJAMIN SCHLESINGER et al., Respondents.

*Jurisdiction — Appellate Division, first department, has jurisdiction to entertain charges against justice of Municipal Court of city of New York and to remove him from office.*

*Matter of Levy,* 192 App. Div. 550, affirmed.

(Argued October 6, 1920; decided October 22, 1920.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial

department, entered June 8, 1920, overruling the objections of the appellant herein to the jurisdiction of the court and denying his motion to dismiss charges made against him on the ground that the court had no jurisdiction to entertain the same. The following question was certified: " Has the Appellate Division of the Supreme Court, first department, jurisdiction to remove respondent, Aaron J. Levy, from his office as a justice of the Municipal Court of the city of New York, or to entertain any charges preferred against him to effect such removal."

*Edgar T. Brackett* for appellant.

*Leonard M. Wallstein, Ralph M. Frink* and *Walter Frank* for respondents.

Order affirmed and question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, MCLAUGHLIN, CRANE and ANDREWS, JJ.